IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

REBECCA S. WILBURN                                        PLAINTIFF

v.                  Case No. 3:18-cv-00074-KGB/JTK

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                               DEFENDANT

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 12). The Recommended Disposition recommends that this Court reverse the Commissioner's decision and remand the matter to the Commissioner with instructions to develop the record as necessary, including by recontacting plaintiff Rebecca Wilburn's treating mental health providers and/or consultative examinations (*Id.*). The time for filing objections to the Recommended Disposition has passed, and no objections have been filed. After reviewing the Recommended Disposition, the Court adopts the Recommended Disposition as its findings in all respects (*Id.*).

It is therefore ordered that the Commissioner's decision is reversed and remanded with instructions to develop the record as necessary, including by recontacting Ms. Wilburn's treating mental health providers and/or consultative examinations. This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So ordered this 29th day of August 2019.

                                                             _____
                                                             Kristine G. Baker
                                                             United States District Judge