IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

REBECCA S. WILBURN                                                                              PLAINTIFF

v.                          Case No. 3:18-cv-00074-KGB/JTK

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                                                  DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this action is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

So adjudged this the 29th day of August 2019.

_____
Kristine G. Baker
United States District Judge